EUGENE MINIERO et al., Appellants, v CITY OF NEW YORK et al., Respondents. (And Other Actions.)

Submitted November 2, 2009; decided January 12, 2010

Reported below, 65 AD3d 861.

Motion by plaintiffs Sblendido, Parisi and Hernandez for leave to appeal denied. Motion by plaintiffs Miniero, Pepitone, Wilhelm, DePalma and Carroll, insofar as it seeks leave to appeal against defendant Mine Safety Appliances Company, dismissed as untimely (see CPLR 5513 [b]; Matter of Haverstraw Park v Runcible Props., 33 NY2d 637 [1973]); motion for leave to appeal otherwise denied.

---

In the Matter of KOONTIE MOHABIR, Appellant, v KUMAR SINGH, Respondent.

Submitted November 30, 2009; decided January 12, 2010

Reported below, 63 AD3d 1159.

Motion for reargument of motion for leave to appeal denied [see 13 NY3d 709 (2009)].

---

In the Matter of NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES et al., Appellants, v VICTOR ORTIZ et al., Respondents.

Submitted January 4, 2010; decided January 12, 2010

Reported below, 62 AD3d 1118.

Motion by Civil Service Employees Association, Inc., Local 1000, AFSCME, AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.